Adam B. Wolf (Cal Bar No. 215914)
PEIFFER WOLF CARR KANE & CONWAY,
A Professional Law Corporation
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415.766.3545
Facsimile: 415.402.0058
Email: awolf@peifferwolf.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
12/14/20

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE RICHARDSON RICHARDS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. KIKEN, M.D.,<br><br>Defendant. | Case No. 20-cv-06478-YGR<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action. This dismissal is the result of a settlement between the parties, and is made with prejudice, with each party to bear its own attorneys' fees and costs.

The parties thank the court for its time and attention.

Dated:  December 9, 2020                                Respectfully submitted,


/s/Adam B. Wolf                                         /s/John S. Simonson
Adam B. Wolf (Cal Bar No. 215914)                       John S. Simonson (Cal Bar. No. 58311)
PEIFFER WOLF CARR KANE & CONWAY,                        HAYES SCOTT BONINO ELLINGSON
A Professional Law Corporation                          GUSLANI SIMONSON & CLAUSE, LLP
4 Embarcadero Center, Suite 1400                        999 Skyway Road, Suite 310
San Francisco, CA 94111                                 San Carlos, CA 94070
Telephone: 415.766.3545                                 Telephone: 650.249.6898
Facsimile: 415.402.0058                                 Facsimile: 650.637.8071
Email:  awolf@peifferwolf.com                           Email: jsimonson@hayesscott.com

*Counsel for Plaintiff*                                 *Counsel for Defendant*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Adam B. Wolf, attest that concurrence in the filing of this document has been obtained.

Dated: December 9, 2020                    /s/ Adam B. Wolf
                                                                 Adam B. Wolf